FILED
May 13, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002628905

JEFFREY S. OGILVIE
Attorney at Law
California State Bar #160168
1330 West Street
Redding, CA 96001
(530) 241-1100 Fax (530) 241-6553

Attorney for Debtors: JEFFREY EUGENE RAMSEY & DIANE RUTH RAMSEY

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

-oOo-

| | |
|---|---|
| In re<br><br>JEFFREY EUGENE RAMSEY &<br>DIANE RUTH RAMSEY<br><br>Debtors. | CASE NO.: 09-44905-C-7<br><br>DCN: JSO-003<br><br>DATE: 7-13-10<br>TIME: 9:30 A.M.<br>CTRM: 35, 6th Floor<br>JUDGE: KLEIN |

**MOTION TO COMPEL CHAPTER 7 TRUSTEE TO ABANDON REAL PROPERTY**

Debtors hereby move this court for an order compelling the Chapter 7 Trustee to abandon debtor's real property, located at: 6298 Oasis Rd., Redding, CA 96003.

The basis of this motion is:

1. Debtors filed a Chapter 7 bankruptcy on November 13, 2009.

2. John W. Reger is the Chapter 7 Trustee.

3. The current value of the Debtors' subject property is $60,000 as set forth in Schedule A, see Exhibits in Support.

4. Total liens to secured creditor, Community 1st Bank, Custodian, is $50,000 as set forth in Schedule D, see Exhibits in Support.

DATED: 5-13-10

JEFFREY S. OGILVIE
Attorney for Debtors

MOTION TO COMPEL CHAPTER 7 TRUSTEE TO ABANDON REAL PROPERTY CASE NO. 09-44905-C-7 DCN: JSO-003